

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00318-CV

Raymond Trent Peterek
v.
Stanley Oehlke

On Appeal from the
135th District Court of Goliad County, Texas
Trial Cause No. 18-02-0644-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, although he is exempt from payment due to his inability to pay costs.

We further order this decision certified below for observance.

November 19, 2020